**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                                                            Case No. 12-35319

     Mark A Klitzka
     Anastasia J Klitzka
          Debtor(s)

---

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/05/2012.

2) The plan was confirmed on 11/30/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was completed on 03/11/2016.

6) Number of months from filing to last payment: 42.

7) Number of months case was pending: 46.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $22,574.00.

10) Amount of unsecured claims discharged without payment: $19,672.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

| | | |
|---|---|---:|
| Total paid by or on behalf of the debtor | | $53,151.14 |
| Less amount refunded to debtor | | $652.02 |
| **NET RECEIPTS:** | | **$52,499.12** |

## Expenses of Administration:

| | | |
|---|---|---:|
| Attorney's Fees Paid Through the Plan | | $3,500.00 |
| Court Costs | | $0.00 |
| Trustee Expenses & Compensation | | $2,118.57 |
| Other | | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$5,618.57** |

Attorney fees paid and disclosed by debtor:          $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AFNI INC | Unsecured | 383.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 405.00 | NA | NA | 0.00 | 0.00 |
| ASPIRE VISA | Unsecured | 107.00 | NA | NA | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Unsecured | 865.00 | 202.17 | 202.17 | 202.17 | 0.00 |
| BELLA MARIA RAPPAPORT | Unsecured | 1,599.00 | NA | NA | 0.00 | 0.00 |
| BUREAU OF COLLECTION RECOVER | Unsecured | 104.00 | NA | NA | 0.00 | 0.00 |
| BUREAU OF COLLECTION RECOVER | Unsecured | 609.00 | NA | NA | 0.00 | 0.00 |
| CAPIO PARTNERS LLC | Unsecured | NA | 134.50 | 134.50 | 134.50 | 0.00 |
| CAPIO PARTNERS LLC | Unsecured | NA | 100.00 | 100.00 | 100.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE/NBS | Secured | 1,725.00 | 1,227.04 | 1,227.04 | 1,227.04 | 45.40 |
| CBE GROUP | Unsecured | 774.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA NORTHERN ILLINOIS ME | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 58.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 238.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 13,902.00 | 13,901.78 | 13,901.78 | 13,901.78 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 384.00 | 512.96 | 512.96 | 512.96 | 0.00 |
| COMMONWEALTH FINANCIAL | Unsecured | 303.00 | NA | NA | 0.00 | 0.00 |
| CONDELL MEDICAL CENTER | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Unsecured | 74.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE | Unsecured | 248.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICE | Unsecured | 303.00 | NA | NA | 0.00 | 0.00 |
| FALLS COLLECTION SVC | Unsecured | 205.00 | NA | NA | 0.00 | 0.00 |
| GIRL SCOUT TROOP #42119 | Unsecured | 715.00 | 715.00 | 715.00 | 715.00 | 0.00 |
| HARRIS & HARRIS LTD | Unsecured | 32.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM | Unsecured | 3,130.00 | NA | NA | 0.00 | 0.00 |
| LAKE COUNTY ANESTHESIOLOGY | Unsecured | 59.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| LAKE COUNTY PUBLIC WORKS | Secured | 3,368.10 | 3,368.10 | 3,368.10 | 3,368.10 | 673.30 |
| LAKE COUNTY SURGEONS | Unsecured | 2,178.00 | NA | NA | 0.00 | 0.00 |
| LOU HARRIS | Unsecured | 496.00 | NA | NA | 0.00 | 0.00 |
| LOU HARRIS | Unsecured | 1,401.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 1,320.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 2,320.00 | 1,387.30 | 1,387.30 | 1,387.30 | 0.00 |
| MIDWAY EMERGENCY | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 674.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 610.00 | 609.72 | 609.72 | 609.72 | 0.00 |
| SPRING GREEN LAWN CARE | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| STELLAR RECOVERY | Unsecured | 297.00 | NA | NA | 0.00 | 0.00 |
| TCF BANK | Unsecured | 156.00 | NA | NA | 0.00 | 0.00 |
| TRIDENT ASSET MNGMT | Unsecured | 88.00 | NA | NA | 0.00 | 0.00 |
| TRIDENT ASSET MNGMT | Unsecured | 167.00 | NA | NA | 0.00 | 0.00 |
| UIC | Unsecured | 2,210.00 | NA | NA | 0.00 | 0.00 |
| UNITED COLLECTIONS | Unsecured | 73.00 | NA | NA | 0.00 | 0.00 |
| US BANK | Secured | 55,992.00 | 17,071.31 | 17,071.31 | 17,071.31 | 0.00 |
| US BANK | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| US DEPARTMENT OF HOUSING & UR | Unsecured | NA | 5,373.08 | 5,616.48 | 5,616.48 | 0.00 |
| VISTA MEDICAL CENTER | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| VISTA MEDICAL CENTER | Unsecured | 110.00 | 972.60 | 972.60 | 972.60 | 0.00 |
| WASTE MANAGEMENT | Unsecured | 133.00 | 342.89 | 342.89 | 342.89 | 0.00 |
| WHISPERING POINT OPTHAMOLOGY | Unsecured | 23.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $17,071.31 | $17,071.31 | $0.00 |
| Debt Secured by Vehicle | $1,227.04 | $1,227.04 | $45.40 |
| All Other Secured | $3,368.10 | $3,368.10 | $673.30 |
| **TOTAL SECURED:** | **$21,666.45** | **$21,666.45** | **$718.70** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$24,495.40** | **$24,495.40** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $5,618.57 |
| Disbursements to Creditors | $46,880.55 |

**TOTAL DISBURSEMENTS** : **$52,499.12**

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/05/2016                               By: /s/ Glenn Stearns

                                                                        Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**